UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62493-CIV-DIMITROULEAS

BARBARA LENTINI,

    Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: February 8, 2011        Respectfully submitted,

        /s Andrew I. Glenn
        Andrew I. Glenn
        E-mail: AGlenn@cardandglenn.com
        Florida Bar No.: 577261
        J. Dennis Card, Jr.
        E-mail:DCard@cardandglenn.com
        Florida Bar No. 0487473
        Card & Glenn, P.A.
        2501 Hollywood Boulevard, Suite 100
        Hollywood, Florida 33020
        Telephone: (954) 921-9994
        Facsimile: (954) 921-9553
        Attorneys for Plaintiff